IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| ROGER RIVERA, Individually, and on Behalf of all Others Similarly Situated,<br>　*Plaintiff,*<br><br>V.<br><br>LAREDO PETROLEUM, INC.,<br>　*Defendant.* | §<br>§<br>§<br>§　NO. MO:19-CV-00005 DC<br>§<br>§<br>§<br>§ |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and based upon the Parties' Agreed Stipulation of Dismissal With Prejudice (Doc. 34) filed October 8, 2019.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same. All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 9th day of October, 2019.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE